**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**BRENDA WATSON** *individually and as parent*
*And next friend of I.W., a minor*                                                                            **PLAINTIFF**

**VS.**                                                                                **CIVIL ACTION NO. 5:19cv69-DCB-MTP**

**CLAIBORNE COUNTY SCHOOL DISTRICT,** *et al.*                                         **DEFENDANTS**

**ORDER SETTING HEARING AND
<u>DIRECTING PARTIES TO SHOW CAUSE</u>**

On June 24, 2021, the parties announced that this case settled and they were directed to file a stipulation of dismissal with prejudice or to submit an agreed order of dismissal with prejudice to the District Judge for entry. The order or stipulation was to be submitted by August 15, 2021. *See* Text Order of June 24, 2021. The parties have not submitted a stipulation or order as directed and the case remains on the court docket without any activity. The clerk of court has attempted to contact the parties to determine the status, but Plaintiff's counsel has not responded.

Accordingly, this matter is hereby set for hearing on December 13, 2021 at 9:00 a.m. in Courtroom 2, United States Courthouse, 701 N. Main Street, Hattiesburg, Mississippi to allow the parties to update the court on the status of this matter and to show cause why an order of dismissal has not been submitted as ordered.

SO ORDERED on this 2nd day of December, 2021.

                                                          s/ Michael T. Parker
                                                          United States Magistrate Judge